IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID IRVIN | : CIVIL ACTION |
| | : |
| v. | : NO. 23-4008 |
| | : |
| CABELA'S L.L.C., BPS DIRECT, LLC | : |

# ORDER

**AND NOW**, this 18th day of December 2023, upon considering Plaintiff's Notice of dismissal (ECF No. 86), it is **ORDERED**:

1. This action is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 41(a)(1)(A)(i); and,

2. The Clerk of Court shall mark this matter **CLOSED.**

                                                                                                            _____
                                                                                                            KEARNEY, J.